IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              CASE NO. 1:12-CV-1010-SOH

TRACY O'NEAL MAYO; ANY SPOUNSE
KNOWN OR UNKNOWN OF TRACY O'NEAL
MAYO; KATRINA L. CURTIS (MAYO) NOBLE;
ANY SPOUSE KNOWN OR UNKNOWN OF
KATRINA L. CURTIS (MAYO) NOBLE;
THE MER ROUGE STATE BANK,
Mer Rouge, Louisiana 71220; MOUNT JOY-BLACKMON
JV # 1; BLACKMON/MOUNTJOY JOINT VENTURE;
and IBERIA BANK, Formerly, American Horizons Bank      DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

Dewaine Allen, Chief Deputy United States Marshal for the Western District of Arkansas, produces to the Court his deed to James W. Johnson. The purchase of the real property described in the deed is approved. A copy of the Marshal's Deed is attached. Dewaine Allen acknowledges that he has executed the deed to the purchaser for the consideration and purposes mentioned and set forth in the deed. The Clerk shall attach a copy of this Order to the deed and certify it under the seal of the Court for recording.

IT IS SO ORDERED.

Susan O. Hickey
United States District Judge

7/23/19
Date

## MARSHAL'S DEED

WHEREAS, in civil action 1:12-cv-1010-SOH pending in the United States District Court for the Western District of Arkansas, El Dorado Division, a Judgment and Decree of Foreclosure (the "Decree") was entered on November 18, 2014, directing the foreclosure of mortgages and ordering sale of the property encumbered by said mortgages; and

WHEREAS, the undersigned Dewaine Allen, Chief Deputy United States Marshal for the Western District of Arkansas, conducted the sale authorized and directed in the Decree, which sale was held at public auction on June 19, 2019 at 11:00 a.m., after advertisement for the time and in the manner prescribed in the Decree, and in all respects in accordance with the directions contained therein; and

WHEREAS, at the sale, James W. Johnson was the highest and best bidder, bidding for said property the sum of $80,500.00, the property then being struck off and sold to James W. Johnson.

NOW, THEREFORE, with the approval of and by the direction of such Court; considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned Chief Deputy United States Marshal hereby grants, sells and conveys unto James W. Johnson, and his successors and assigns forever, all of the right, title, interest, equity and estate to the Plaintiff, United States of America, and all defendants to this action in and to the following property situated in Ashley County, Arkansas, to wit:

A part of the Northeast Quarter of Section 33, Township 19 South, Range 5 West, more particularly described as follows, to-wit: Beginning at a point 18.46 chains West of the Northeast corner of the Northwest Quarter of the Northeast Quarter of said Section 33, thence run South 23 degrees 40 minutes East 27.57 chains to an iron pipe driven in the West boundary line of the right-of-way of the Missouri Pacific Railroad Company: thence Northeasterly along said railroad right-of-way to its intersection with the North boundary line of said Section 33; thence run West along said North boundary line 25.66 chains, to the point of beginning.

Subject to any public utility or roadway easements as may now exist.

TO HAVE AND TO HOLD the said property unto James W. Johnson, and his successors and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS THEREOF, I have hereunto set my hand on this the 12 day of July, 2019.

Dewaine Allen
Chief Deputy United States Marshal
Western District of Arkansas

Prepared by:
Mark W. Webb
Assistant United States Attorney
414 Parker Ave
Fort Smith, AR 72901
(479) 783-5125

# ACKNOWLEDGMENT

STATE OF ARKANSAS §
§
COUNTY OF Sebastian §

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned, and acting within and for the County and State aforesaid, Harold Oglesby, United States Marshal for the Western District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Western District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth

IN TESTIMONY WHEREOF, I have hereunto this 12 day of July, 2017, set my hand and official seal as such Notary Public.

_Caroline Kasting_
Notary Public

My Commission Expires:

CAROLINE KASTING
Notary Public - Arkansas
Sebastian County
Commission # 12705451
My Commission Expires Aug 31, 2028

(Seal)