IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF


v.                              CASE NO. 1:12-CV-1010-SOH


TRACY O'NEAL MAYO; ANY SPOUSE
KNOWN OR UNKNOWN OF TRACY O'NEAL
MAYO; KATRINA L. CURTIS (MAYO) NOBLE;
ANY SPOUSE KNOWN OR UNKNOWN OF
KATRINA L. CURTIS (MAYO) NOBLE;
THE MER ROUGE STATE BANK,
Mer Rouge, Louisiana 71220; MOUNT JOY-BLACKMON
JV # 1; BLACKMON/MOUNTJOY JOINT VENTURE;
and IBERIA BANK, Formerly, American Horizons Bank          DEFENDANTS


ORDER OF DISTRIBUTION


On the morning of June 19, 2019 at the main door of the Ashley County Courthouse,

Hamburg, Arkansas the U. S. Marshals Service sold land described in the judgment for this case.

James W. Johnson was the highest bidder for the property, the U. S. Marshals Service sold the

property to Mr. Johnson, receiving the full payment of $80,500.00.

In performing this sale, the U.S. Marshals Service incurred expenses in the amount of

$325.00 for service fees and $69.60 for mileage totaling $394.60.   The U.S. Attorney's Office

also incurred expenses in the amount of $433.00 for advertising, and the United States Department

of Agriculture, Farm Service Agency incurred expenses in the amount $350.00 for title work.

The U.S. Marshal's Service shall deduct its expenses from the money collected from the foreclosure sale. The U.S. Marshals Service will also pay the U.S. Attorney's Office $433.00.

The United States Marshals Service will disburse the remainder, $79,672.40, to the United States of America and send the remainder to the U.S. Attorney's Office for distribution to the United States Department of Agriculture, Farm Service Agency.

IT IS SO ORDERED.

DATED: 7/23/19

Honorable Susan O. Hickey
Chief United States District Judge